29 So.2d 909
Ernest (alias Crook) WILLIAMS v. STATE.

2 Div. 747.

Court of Appeals of Alabama.

Nov. 5, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

30 So.2d 43
Henry WILLIAMS v. STATE.

6 Div. 361.

Court of Appeals of Alabama.

Jan. 7, 1947.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

30 So.2d 43
Mary WILLIAMS v. STATE.

4 Div. 958.

Court of Appeals of Alabama.

Nov. 12, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

35 So.2d 927
Willie WILLIAMS v. STATE.

6 Div. 569.

Court of Appeals of Alabama.

April 27, 1948.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding judge.
Affirmed.

30 So.2d 45
James WILLINGHAM, Jr., v. STATE.

6 Div. 314.

Court of Appeals of Alabama.

Jan. 14, 1947.

Wm. N. McQueen, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

32 So.2d 187
William A. (alias William, alias Will, alias Joe Bill) WILSON v. STATE.

6 Div. 373.

Court of Appeals of Alabama.

April 29, 1947.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.